**JOSEPH B. ATKINS**
3815 S. Jones Blvd., #5
Las Vegas, NV 89103
(702) 405-7206

TRUSTEE

*Filed electronically December 16, 2013*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S 12-11877 LED |
| DOMBROWSKI, KENNETH<br>DOMBROWSKI, MICHELLE CHRISTINE | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | TRUSTEE'S FINAL REPORT IN AN ASSET CASE AMENDED TO A NO ASSET CASE |
| | (NO FUNDS RECEIVED) |

Pursuant to 11 U.S.C.§704(2) and (9), the undersigned trustee of the above-entitled estate, hereby files the Trustee's Final Account and Report in an Asset Case amended to a No Asset Case and declares as follows:

1. This case was filed on 02/22/12 and amended to a no asset case on December 16, 2013.

2. An accounting of the disposition of all property is attached hereto as Form 1, Estate Property Record and Report.

3. I have not received any funds or other property of the estate. All property of the estate has been properly accounted for as provided by law.

I certify under penalty of perjury that the foregoing is true and correct. Therefore, I request that this report be accepted, that I be discharged as Trustee, and that my bond be canceled.

Dated: December 16, 2013

 */s/ Joseph B. Atkins*
Joseph B. Atkins, Trustee

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-11877 LED
**Case Name:** DOMBROWSKI, KENNETH
DOMBROWSKI, MICHELLE CHRISTINE
**Period Ending:** 12/16/13

**Trustee:** (480040) Joseph B. Atkins, Trustee
**Filed (f) or Converted (c):** 02/22/12 (f)
**§341(a) Meeting Date:** 03/23/12
**Claims Bar Date:** 08/21/12

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 10620 Fable Street, Las Vegas NV 89141 FORECLOSURE SALE ON 8/16 | 236,500.00 | 0.00 | | 0.00 | FA |
| 2 | Clark County Credit Union #6938-75 | 145.16 | 0.00 | | 0.00 | FA |
| 3 | Nevada State Bank Enterprise Checking #5768 | 26.38 | 0.00 | | 0.00 | FA |
| 4 | Nevada State Bank Checking for DFCFCG #5743 NEG BAL -113.74 | Unknown | 0.00 | | 0.00 | FA |
| 5 | Clark County Credit Union #6938-00 | 62.76 | 0.00 | | 0.00 | FA |
| 6 | Nevada State Bank Checking #9471 (Dombrowski Fam | 85.97 | 0.00 | | 0.00 | FA |
| 7 | Nevada State Bank #5578 (Danlaur Investments LLC | 16.08 | 0.00 | | 0.00 | FA |
| 8 | Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | books, cds, dvds, and family pictures | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | wedding ring and misc. jewelry | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 9mm handgun semi-automatic | 400.00 | 0.00 | | 0.00 | FA |
| 13 | 9 mm handgun | 400.00 | 0.00 | | 0.00 | FA |
| 14 | (1) .44 caliber revolver and (1) .40 caliber han | 800.00 | 0.00 | | 0.00 | FA |
| 15 | Western Reserve Life Assurance Co. of Ohio #6240 | 6,303.30 | 0.00 | | 0.00 | FA |
| 16 | Western Reserve Life Assurance Co. of Ohio #6109 | 6,591.13 | 0.00 | | 0.00 | FA |
| 17 | The Trustess of Desert Perinatal Associates Prof | 26,375.34 | 0.00 | | 0.00 | FA |
| 18 | State Street Bank Custodian Roth IRA A/C #1054 | 3,683.69 | 0.00 | | 0.00 | FA |
| 19 | State Street Bank Custodian Roth IRA A/C #0866 | 4,321.55 | 0.00 | | 0.00 | FA |
| 20 | Nevada State Bank IRA #6081 (opened on 1/20/2012 | 5,000.00 | 0.00 | | 0.00 | FA |
| 21 | Nevada State Bank #6073 (opened on 1/20/2012 for | 5,000.00 | 0.00 | | 0.00 | FA |
| 22 | 2012 Tax Refund TOO SMALL TO ADMINISTER | Unknown | 202.88 | | 0.00 | FA |
| 23 | 2003 Toyota Sequoia 2wd SR5 | 13,000.00 | 0.00 | | 0.00 | FA |
| 24 | 2010 Cadillac Dts | 23,200.00 | 0.00 | | 0.00 | FA |

Printed: 12/16/2013 01:32 PM    V.13.13

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11877 LED  
**Case Name:** DOMBROWSKI, KENNETH  
DOMBROWSKI, MICHELLE CHRISTINE  
**Period Ending:** 12/16/13

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 02/22/12 (f)  
**§341(a) Meeting Date:** 03/23/12  
**Claims Bar Date:** 08/21/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 25 | 2010 Hyundai Sonata | 14,977.53 | 0.00 | | 0.00 | FA |
| 26 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 27 | TIMESHARE PREMIERE VACATION CLUB, AZ  (u) UNSELLABLE PER BKASSETS | Unknown | 0.00 | | 0.00 | FA |
| 28 | CLARK COUNTY CU ACCT 6938-00 SAVINGS  (u) TOO SMALL TO ADMINISTER | 0.00 | 113.00 | | 0.00 | FA |
| 28 | **Assets** **Totals** (Excluding unknown values) | **$352,488.89** | **$315.88** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

AMEND TO NO ASSET

3/1/13 REC'D AMENDED LISTING AGREEMENT 10620 FABLE  
4/8/13 REC'D 2012 TAX RETURN, REFUND $7345, ESTATE $315.88, DEBTOR $7029.12; TOO SMALL TO ADMINISTER, DEBTOR MAY KEEP  
5/22/13 REC'D PURCHASE AGREEMENT 10620 FABLE ST.  
8/19/13 HOUSE WENT TO FORECLOSURE SALE ON 8/16; AMEND TO NO ASSET

**Initial Projected Date Of Final Report (TFR):** February 23, 2014     **Current Projected Date Of Final Report (TFR):** February 23, 2014