# United States Bankruptcy Court
## District of Nevada

Case No. <u>12–11877–led</u>
**Chapter 7**

In re: (Name of Debtor)

| | |
|---|---|
| KENNETH DOMBROWSKI | MICHELLE CHRISTINE DOMBROWSKI |
| 1705 GOBI TRAIL | 1705 GOBI TRAIL |
| GREEN BAY, WI 54313 | GREEN BAY, WI 54313 |

Social Security No.:

| | |
|---|---|
| xxx–xx–4628 | xxx–xx–5832 |

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐      KENNETH DOMBROWSKI

☐      MICHELLE CHRISTINE DOMBROWSKI

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 12/16/13                                        BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court